445 A.2d 223

Commonwealth v. Krall, Appellant.

Petition for Allowance of Appeal Denied Sept. 28, 1982.

Submitted December 2, 1980. Robert Sullivan, Jr., Assistant Public Defender, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgments of sentence and orders affirmed.